**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| TANISIA N. BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>CARL WEBER, URBAN BOOKS, LLC, URBAN BOOKS MEDIA, LLC, KENSINGTON PUBLISHING CORPORATION, URBAN BOOKS, LLC d/b/a URBAN AUDIOBOOKS, URBAN BOOKS MEDIA, LLC, KENSINGTON PUBLISHING CORPORATION, VICKIE STRINGER PUBLISHING LLC d/b/a TRIPLE CROWN PUBLICATIONS, VICKIE STRINGER AGENCY LLC d/b/a TRIPLE CROWN PUBLICATIONS, VICKIE STRINGER PUBLISHING LLC d/b/a TRIPLE CROWN PUBLICATIONS, VICKIE STRINGER AGENCY LLC d/b/a TRIPLE CROWN PUBLICATIONS<br><br>    Defendants. | No. 19-cv-1093 (VSB)<br><br>**<u>DISCLOSURE PURSUANT TO FED. R. CIV. P. RULE 7.1</u>** |

Defendants CARL WEBER, URBAN BOOKS, LLC, and URBAN BOOKS MEDIA, LLC, by and through their undersigned attorneys, hereby state, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that there is no parent or publicly held corporation that owns 10% or more of any of the stock, shares or membership units of defendants URBAN BOOKS, LLC, and URBAN BOOKS MEDIA, LLC.

Dated:  March 14, 2019

                         LANE CROWELL LLP

                     By: _____
                         J. Mark Lane
                   707 Westchester Avenue, Suite 411
                   White Plains, New York 10604
                   (914) 761-0001 (telephone)
                   (914) 761-0002 (facsimile)
                   jmlane@lanecrowell.com
                   *Attorneys for Defendants Carl Weber, Urban Books, LLC, and Urban Books Media, LLC*