UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TANISIA N. BAKER,                                :

        Plaintiff,                          :    ORDER

  -v.-                                               :
                                                               19 Civ. 1093 (VSB) (GWG)
CARL WEBER, et al.,                            :

        Defendants.                      :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference scheduled Tuesday May 12, 2020, at 10:00 a.m. is changed to a <u>telephone</u> conference.  The Court will provide the information to dial-in to the Court's conference line via email within the next 5 days.  <u>Upon receipt of the email with the dial-in information, each counsel is directed to confirm with all other counsel that they have received the dial-in information</u>.

      SO ORDERED.

Dated: April 21, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge