UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TANISIA BAKER,

                   Plaintiff,

        -against-                          19-CV-1093 (VSB)

CARL WEBER, et al.,                       **ORDER**

                   Defendants.
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       The parties are scheduled to appear for a post discovery conference in this matter on September 4, 2020 at 10:00 a.m. The parties are directed to file a joint letter no longer than three pages in length on or before September 3, 2020 at 12 p.m., addressing any outstanding discovery to be completed, summarizing the results of the settlement conference held in front of Judge Gorenstein on June 9, 2020, and proposing a schedule for summary judgment and/or trial. The conference will be held telephonically. The dial-in information for the conference is as follows: 1-888-363-4749, conference access code 2682448.

SO ORDERED.

Dated:    September 1, 2020
            New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge