```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TANISIA N. BAKER,                                                      :
                                                                       :
                              Plaintiff,                               :
                                                                       :           19-CV-1093 (JPC)
            -v-                                                        :
                                                                       :               ORDER
CARL WEBER et al.,                                                     :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020

JOHN P. CRONAN, United States District Judge:

The Court has received a letter by email from Defendants Carl Weber, Urban Books LLC, Urban Books Media LLC, and Kensington Publishing Corporation in which Plaintiff joins. The parties requested a 45-day extension of all discovery deadlines. This request is GRANTED. All discovery shall be completed by January 22, 2021.

The status conference scheduled for December 10, 2020 at 11:00 a.m. shall take place as scheduled.

SO ORDERED.

Dated: December 7, 2020
       New York, New York

                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge