```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TANISIA N. BAKER,                                                      :
                                                                       :
                            Plaintiff,                                 :
                                                                       :         19-CV-1093 (JPC)
              -v-                                                      :
                                                                       :            ORDER
CARL WEBER et al.,                                                     :
                                                                       :
                            Defendants.                                :
                                                                       :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 2, 2021, Plaintiff filed a letter-motion requesting a pre-motion conference before filing a motion for summary judgment. (Dkt. 82.)  Pursuant to 6.A of the Court's Individual Rules and Practices in Civil Cases, Defendants shall file a response by February 5, 2021.  The Court will then schedule a pre-motion conference or enter a briefing schedule.

The default judgment hearing scheduled for February 8, 2021 at 2:00 p.m. is adjourned *sine die*.  The Court will reschedule this hearing as needed following the resolution of Plaintiff's anticipated motion for summary judgment.

SO ORDERED.

Dated: February 3, 2021
       New York, New York

                                                        _____
                                                              JOHN P. CRONAN
                                                         United States District Judge