UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                        :
TANISIA N. BAKER,                 :
                        :
        Plaintiff,        :
                        :         19-CV-1093 (JPC)
    -v-                  :
                        :         <u>ORDER</u>
CARL WEBER *et al.*,        :
                        :
        Defendants.    :
                        :
------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

        The parties must appear before the undersigned for a status conference on October 15, 2021, at 11:00 am.  Unless the Court orders otherwise, the Court will conduct the status conference by teleconference.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  Before the status conference, counsel must confer with each other about settlement. By October 8, 2021, the parties must submit a joint letter detailing how settlement discussions stand, including any prior settlement discussions.

        SO ORDERED.

Dated: September 30, 2021
      New York, New York                               
                                      JOHN P. CRONAN
                                    United States District Judge