```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TANISIA N. BAKER,                                                      :
                                                                       :
                            Plaintiff,                                 :
                                                                       :         19 Civ. 1093 (JPC)
              -v-                                                      :
                                                                       :              ORDER
CARL WEBER et al.,                                                     :
                                                                       :
                            Defendants.                                :
                                                                       :
----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff Tanisha Baker asked to renew her motion for default judgment against Vickie Stringer, Vickie Stringer Publishing, LLC d/b/a Triple Crown Publications, and Vickie Stringer Agency, LLC d/b/a Triple Crown Publications (the "Defaulting Defendants"). To date, none of the Defaulting Defendants has appeared in this action nor answered the Complaint. A Clerk's Certificate of Default was filed for the Defaulting Defendants on June 17, 2019. Dkt. 45.

Any motion for default judgment for the Defaulting Defendants shall be filed in accordance with Local Civil Rule 55.2 and 3.D of the Court's Individual Rules and Practices for Civil Cases by December 8, 2021. If a default judgment motion is made, then motion papers shall be served on the party against whom default judgment is sought by December 10, 2021; any opposition shall be filed by December 22, 2021; any reply shall be filed by January 5, 2022, and a default judgment hearing shall occur via teleconference on January 10, 2022, at 10:30 a.m.

At the scheduled time for the teleconference, counsel for all parties should call (866) 434-5269, access code 9176261. In the event that Defaulting Defendants do not appear, Plaintiff's counsel should be prepared to discuss any communications with Defaulting Defendants or representatives for Defaulting Defendants regarding their litigation and any intent to challenge the

suit, including discussions about the alleged illegal conduct prior to the filing of the lawsuit; how Defaulting Defendants were served with the Summons and Complaint and this Order; why Plaintiffs' counsel is confident that Defaulting Defendants have been served with those documents and have notice of the hearing; and the method for calculating damages.

It is further ORDERED that Plaintiff serve the Defaulting Defendants via overnight courier with a copy of this Order within one week of the date of this Order. Within two business days of service, Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: November 16, 2021
New York, New York

                                    JOHN P. CRONAN
                                  United States District Judge