

Craig S. Tarasoff, Esq.<br>cst@gdblaw.com

January 7, 2022

<u>Via ECF and E-Mail</u> (CronanNYSDChambers@nysd.uscourts.gov)

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

        Re:    *Baker v. Weber, et al.*; Case No. 1:19-cv-01093
              Our File No.: 21191.001

Dear Judge Cronan:

    As you know, this firm represents Plaintiff Tanisia N. Baker ("Plaintiff") in the above-referenced matter. I write today in response to Your Honor's Order of today, directing that Plaintiff file an affidavit stating that all of the Defendants against whom a default is sought are not infants, in the military, or incompetent persons, or in the alternative, request an adjournment of the hearing currently scheduled for Monday, January 10, 2022.

    To that end, I respectfully request a short adjournment of the hearing to allow me enough time to properly file the affidavit.

    We very much appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

*/s/ Craig S. Tarasoff*

Craig S. Tarasoff

---

The Court grants Plaintiff's adjournment request. The default judgment hearing scheduled for January 10, 2022, at 10:30 a.m. is adjourned until January 18, 2022, at 2:00 p.m. No later than January 14, 2022, Plaintiff must file (1) the previously ordered affidavit pursuant to S.D.N.Y. Local Rule 55.1, attesting "that the party against whom a notation of default is sought is not an infant, in the military, or an incompetent person," S.D.N.Y & E.D.N.Y L. R. Civ. P. 55.1, *see* Dkt. 124; and (2) a detailed affidavit explaining service of process of the summons and complaint on Ms. Stringer, including whether both the summons and complaint were posted at her residence and whether the summons and complaint were mailed to her by certified mail.  At the January 18, 2022 default judgment hearing, Plaintiff should be prepared to discuss all the requirements for entering default judgment, including (1) service of process on Ms. Stringer, (2) how the Court finding ambiguity in the 2003 agreement, *see* Dkt. 104 at 13, affects the Court's analysis to enter default judgment for each claim, and (3) Plaintiff's damages projections. At the scheduled time for the teleconference, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.
Date:   January 9, 2022
            New York, New York

JOHN P. CRONAN
United States District Court

It is further ordered that Plaintiff serve the Defaulting Defendants via overnight courier with a copy of this Order by January 11, 2022. Within two business days of service, Plaintiff must file proof of such service on the docket.