```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TANISIA N. BAKER,                                                      :
                                                                       :
                                Plaintiff,                             :
                                                                       :           19 Civ. 1093 (JPC)
                -v-                                                    :
                                                                       :               ORDER
CARL WEBER et al.,                                                     :
                                                                       :
                                Defendants.                            :
                                                                       :
---------------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff Tanisha Baker filed a motion for default judgment against Vickie Stringer, Vickie Stringer Publishing, LLC d/b/a Triple Crown Publications, and Vickie Stringer Agency, LLC d/b/a Triple Crown Publications (the "Defaulting Defendants") on December 8, 2021. *See* Dkt. 113. At the January 18, 2022 default judgment hearing, the Court declined to grant the motion for default judgment and ordered Plaintiff to submit a letter addressing service of the summons and complaint on Defendant Vickie Stringer. Plaintiff filed the required letter and accompanying affidavit. *See* Dkts. 130, 131. And to date, none of the Defaulting Defendants has appeared in this action nor answered the Complaint. A Clerk's Certificate of Default was filed for the Defaulting Defendants on June 17, 2019. Dkt. 45.

Any supplemental briefing for the motion for default judgment against the Defaulting Defendants shall be filed in accordance with Local Civil Rule 55.2 and 3.D of the Court's Individual Rules and Practices for Civil Cases by February 17, 2022. If Plaintiff files supplemental briefing, then those papers shall be served on the party against whom default judgment is sought by February 21, 2022. Defaulting Defendants must file any opposition to the motion for default judgment by March 3, 2022; any reply shall be filed by March 10, 2022, and a default judgment hearing shall

occur via teleconference on March 22, 2022, at 11:00 a.m.

At the scheduled time for the teleconference, counsel for all parties should call (866) 434-5269, access code 9176261.  In the event that Defaulting Defendants do not appear, Plaintiff's counsel should be prepared to discuss any communications with Defaulting Defendants or representatives for Defaulting Defendants regarding their litigation and any intent to challenge the suit, including discussions about the alleged illegal conduct prior to the filing of the lawsuit; how Defaulting Defendants were served with the Summons and Complaint and this Order; why Plaintiffs' counsel is confident that Defaulting Defendants have been served with those documents and have notice of the hearing; and the method for calculating damages.

It is further ORDERED that Plaintiff serve the Defaulting Defendants via overnight courier with a copy of this Order within one week of the date of this Order.  Within two business days of service, Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: February 3, 2022
       New York, New York

_____
                JOHN P. CRONAN
                United States District Judge