UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TANISIA N. BAKER,

                   Plaintiff,                    19 **CIVIL** 1093 (JPC)(GWG)

    -against-                             **JUDGMENT**

CARL WEBER, et al.,

                   Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 17, 2023, the Court has adopted the Report and Recommendation in its entirety. The Court therefore has awarded Baker no damages on any of her claims. As stated at the March 22, 2022 default judgment hearing, the Court does grant Baker's requested declaratory relief, declaring with respect to her claims against the Defaulting Defendants that (1) the Publishing Agreement dated November 1, 2003 terminated on October 10, 2011, at which point the copyrights to the novels "Sheisty" and "Still Sheisty" reverted back to Baker; (2) Baker is the owner of the copyrights in "Sheisty" and "Still Sheisty"; and (3) Triple Crown Productions, LLC did not have authority to license "Sheisty" and "Still Sheisty" in October 2014. See 3/22/22 Tr. at 19; Dkt. 113; accordingly, the case is closed.

**Dated:** New York, New York
          January 18, 2023

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                   **BY:**     *K. Mango*
                                                                        **Deputy Clerk**